**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50173 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00874-PA |
| v. | |
| ERNESTO SANTANA-MORALES, a.k.a. Ernesto Morales, a.k.a. Jose Ortiz, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted March 6, 2012[**]

Before:     B. FLETCHER, REINHARDT, and TASHIMA, Circuit Judges.

Ernesto Santana-Morales appeals from the 77-month sentence imposed

following his guilty-plea conviction for being an illegal alien found in the United

States following deportation, in violation of 8 U.S.C. § 1326.  We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Santana-Morales contends that his sentence is substantively unreasonable, because the district court did not depart based on his fast-track guilty plea, cultural assimilation, and the need to avoid unwarranted sentencing disparities.  In light of Santana-Morales's extensive criminal history and the need to provide adequate deterrence, Santana-Morales's low-end Guideline sentence is substantively reasonable.  *See* 18 U.S.C. § 3553(a); U.S.S.G. § 2L1.2 cmt. n. 8; *Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**

11-50173